UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY FIZER,

     Plaintiff,                            Case No. 18-cv-12485
                                            Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the Order issued on this date, it is ORDERED and

ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED,

Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's

decision is AFFIRMED.  This case is hereby DISMISSED in its entirety with

prejudice.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2019

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on September 5, 2019, by electronic means and/or ordinary
mail.

                                 s/Holly A. Monda
                                 Case Manager
                                 (810) 341-9764